# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY J. FUSSELL

NO. 2024 KW 0489

**AUGUST 23, 2024**

---

In Re:  Jeffery J. Fussell, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 24-WCR-112.

---

**BEFORE:  GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.** Although relator captioned his pleading as a petition for a writ of habeas corpus, the remedy he seeks is in the nature of a request for postconviction relief. See La. Code Crim. P. art. 924(1). Applications for postconviction relief shall be filed in the parish in which the petitioner was convicted. La. Code Crim. P. art. 925. Relator was convicted in St. Tammany Parish, but filed his petition for a writ of habeas corpus in West Feliciana Parish. Accordingly, the district court correctly denied relator's petition.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT